Filed by GF D.C.
ELECTRONIC
AUG 26, 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **10-20653-CR-GOLD/MCALILEY**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA,

v.

JUAN CARLOS PINTADO,

        **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

On or about August 12, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUAN CARLOS PINTADO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine.

### CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant may have an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit

all of his respective right, title and interest in any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used in any manner or part by the defendant to commit or facilitate the commission of any such violation to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2). The property subject to forfeiture includes, but is not limited to, $22,296 in United States currency.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ERIC A. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| JUAN CARLOS PINTADO, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)    Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take    2-3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days    _X_        Petty      ___
   II   6 to 10 days   ___        Minor      ___
   III  11 to 20 days  ___        Misdem.    ___
   IV   21 to 60 days  ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.    10-mj-03157-PRP
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    8/12/10
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

_____
ERIC A. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0340730

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>JUAN CARLOS PINTADO</u>

**Case No**:_____

Count: 1

<u>Possession With Intent to Distribute Methamphetamine</u>

<u>Title 21, United States Code, Section 841(a)(1)</u>

\* **Max. Penalty**: 40 Year's Imprisonment.

Count:

\* **Max. Penalty**:

Count:

\***Max. Penalty**:

Count:

\***Max. Penalty**:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.